7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Lorna Maureen Arnett
*Debtor*

*Bankruptcy Case No.*
09−44729−abf7

**Erlene Krigel**
   Plaintiff(s)

*Adversary Case No.*
11−04162−abf

v.

**Lorna Maureen Arnett**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is hereby entered in favor of the Plaintiff, Erlene W. Krigel, Trustee and against Defendant−Debtor as Follows: 1. The Defendant−Debtor's Discharge is revoked. 2. The Defendant−Debtor is ordered to pay the sum of $2,350, which includes additional attorneys' fees of $350.00 to the Trustee. 3. This Judgment is a final judgment for purposes of execution.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                                         Ann Thompson
                                         Court Executive

                                         By: /s/ Sharon Stanley
                                             Deputy Clerk

Date of issuance: 6/8/12

Court to serve